**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JEMAREO DURR,**

  Plaintiff,

v.             Case No. 3:05cv326/MCR/EMT

**NICK HARRIS,
DAN HENRY,
MATT CLARK,**
and
**STEVE NESMITH,**
 all in their individual capacities,

  Defendants.
_____/

**O R D E R**

  A pretrial conference was held in this matter on June 8, 2007.  Present in chambers was  Bruce Committe for the plaintiff; Barbara Fromm appeared by telephone for the defendants.  The following matters were discussed and agreed upon:

  1. Trial will begin Monday, June 18, 2007, at 9:00 a.m. with jury selection.  The court will meet with the attorneys at 8:30 a.m.

  2. Eight (8) jurors will be selected.  Each party will have four (4) peremptory challenges.  No back striking will be allowed.  Juror questionnaires will be provided to the parties prior to jury selection and collected at the conclusion of jury selection.  No alternates will be selected.

  3. Voir dire will be conducted by the court.  The parties are instructed to submit proposed voir dire questions to the court by Wednesday, June 13, 2007.

4. The parties are instructed that if settlement is reached, and thus it is unnecessary to summon jurors, the court must be notified no later than Friday, June 15, 2007, at 3 p.m. (CDT); otherwise, the parties will bear the cost of summoning the jurors should a settlement be reached.

5. Any special request for court reporter services, such as daily copy, must have been submitted to the court reporter, Gwen Kesinger by close of business on Monday, June 11, 2007.

6. Counsel will notify each other of the next day's witnesses at the close of trial the day prior.

7. Trial schedule will be each day from 8:30 a.m. to 5:30 p.m., with one twenty (20) minute break in the morning and one twenty (20) minute break in the afternoon. Lunch will usually be one (1) hour and fifteen (15) minutes. The court has reserved three (3) days for the trial including jury selection, based on the parties' representations. An attorney conference will be held on Tuesday with the judge at 8:00 a.m. and, if the trial has not been concluded, on Wednesday at the same hour.

8. Opening statements will begin following jury selection.

9. Mr. Committe has notified the court that plaintiff Jemareo Durr shall not attend the trial. When introducing the parties to the panel the court shall note that Mr. Durr has elected to have Mr. Committe prosecute the case in his absence.

10. Defendants' objection to the admission of the photograph(s) of Alison Spikes based on relevance is overruled. At trial defendants may raise their objections to any of plaintiff's photographs based on authentication.

11. The court instructed defendants to file a motion in limine with respect to the admissibility of the Internal Affairs report by Tuesday, June 12, 2007, and plaintiff to file a response to defendant's motion by Wednesday, June 13, 2007. No reply briefings will be considered.

12. By order this date, the court granted the unopposed motion to bifurcate the issue of punitive damages. At the conference the court also instructed the parties to file memoranda and case law on the question of the defendants' ability to pay and the

availability of monies for payment from a "state-wide fund," should the issue of punitive damages be submitted to the jury.  The parties' memoranda and case law should be submitted no later than Wednesday, June 13, 2007.

13. The court reminds the attorneys that in preparing to present this case they should familiarize themselves with the requirements of the Addendum to the Local Rules of the Northern District of Florida on Customary and Traditional Conduct and Decorum in the United States District Court, which the court expects to be observed during the course of this trial.

**DONE and ORDERED** this 8th day of June, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**